# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANH LIEN, LLC AND HENRY
NGUYEN

NO. 2025 CW 1254

VERSUS

ATLANTIC CASUALTY INSURANCE
COMPANY

MARCH 09, 2026

---

In Re:   Atlantic  Casualty  Insurance  Company,  applying  for
supervisory writs, 22nd Judicial District Court, Parish
of St. Tammany, No. 2023-14951.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**

                         **SMM**
                         **BDE**
                         **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT